**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Jerico Pictures, Inc. |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | National Public Data <br> CriminalScreen.Com <br> RecordsCheck.Net |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 30-0008505 |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1801 NW 126 Way | |
| Number       Street | Number       Street |
| | |
| | P.O. Box |
| Pompano Beach      FL    33071 | |
| City           State    ZIP Code | City           State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Broward County | |
| County | |
| | Number       Street |
| | |
| | City           State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | _____ |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

Debtor    Jerico Pictures, Inc.
_____    Case number *(if known)*_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

7374

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                                         MM / DD / YYYY

         District _____ When _____ Case number _____
                                                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

         District _____ When _____
                                                         MM / DD / YYYY

         Case number, if known _____

| Debtor | Jerico Pictures, Inc. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
　　　　Number　　　Street

_____

_____
City　　　　　　　　　　　　State　　　ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

　　　Contact name _____

　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Jerico Pictures, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/02/2024
                    MM  / DD / YYYY

✘ /s/ Salvatore Verini, Jr.                          Salvatore Verini, Jr.
Signature of authorized representative of debtor      Printed name

Title  President

---

**18. Signature of attorney**

✘ /s/ Angelo Gasparri                          Date  10/02/2024
Signature of attorney for debtor                     MM   / DD / YYYY

Angelo Gasparri
Printed name

Kelley Kronenberg
Firm name

10360 West State Road 84
Number        Street

Fort Lauderdale                          FL        33324
City                                     State     ZIP Code

5615045341                               agasparri@kelleykronenberg.com
Contact phone                            Email address

32158                                    FL
Bar number                               State

---

---

**Fill in this information to identify the case:**

Debtor name _____Jerico Pictures, Inc._____

United States Bankruptcy Court for the: ____Southern District of Florida___
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

| **Part 1:** | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* .................................................

$ _____0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..............................................

$ ____39,225.00

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* ..............................................

$ ____39,225.00

---

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................

$ _____0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................

$ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................

**+**$ _____0.00

4. **Total liabilities**................................................................................................................
    Lines 2 + 3a + 3b

$ _____0.00

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Jerico Pictures, Inc. |
| United States Bankruptcy Court for the: | Southern District of Florida |
| Case number (If known): | _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bradley / Grombacher LLP (o/b/o Charles J. Geletko) 31365 Oak Crest DRive Suite 240 Westlake Village, CA, 91361 | Kiley L. Grombacher | Civil Claims | Disputed Unliquidated Contingent | | | 0.00 |
| 2 | Danile J. Rodriguez 531 NE 39 St. Apt. 202 Miami, FL, 33133 | Daniel J. Rodriguez danieljoserodriguez@hotmail.com | Civil Claims | Disputed Unliquidated Contingent | | | 0.00 |
| 3 | Atty Gen Nebraska State Capitol P.O.Box 98920 Lincoln, NE, 68509-8920 | Mike Hilgers | Civil Penalties | Disputed Unliquidated Contingent | | | 0.00 |
| 4 | Atty Gen Montana Justice Bldg. 215 N. Sanders Helena, MT, 59620-1401 | Austin Knudsen | Civil Penalties | Disputed Unliquidated Contingent | | | 0.00 |
| 5 | Atty Gen Missouri Supreme Ct. Bldg. 207 W. High St. Jefferson City, MO, 65101 | Andrew Bailey | Civil Penalties | Disputed Unliquidated Contingent | | | 0.00 |
| 6 | Atty Gen Mississippi Department of Justice P.O. Box 220 Jackson, MS, 39205 | Lynn Fitch | Civil Penalties | Disputed Unliquidated Contingent | | | 0.00 |
| 7 | Atty Gen Minnesota€ 75 Dr. Martin Luther King, Jr. Blvd. Suite 102, State Capital Saint Paul, MN, 55155 | Keith Ellison | Civil Penalties | Disputed Unliquidated Contingent | | | 0.00 |
| 8 | Atty Gen Maryland 200 St. Paul Place Baltimore, MD, 21202-2202 | Anthony Brown | Civil Penalties | Disputed Unliquidated Contingent | | | 0.00 |

| Debtor | Jerico Pictures, Inc. |  | Case number *(if known)* |  |
|---|---|---|---|---|
|  | Name |  |  |  |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Atty Gen Massachusetts 1 Ashburton Place 20th Floor Boston, MA, 2108 | Andrea Campbell | Civil Penalties | Disputed Unliquidated Contingent | | | 0.00 |
| 10 | Atty Gen Louisiana 1885 North Third Street Baton Rouge, LA, 70802 | Liz Murrill | Civil Penalties | Disputed Unliquidated Contingent | | | 0.00 |
| 11 | Atty Gen Michigan 525 W. Ottawa St. P.O. Box 30212 Lansing, MI, 48909-0212 | Dana Nessel | Civil Penalties | Disputed Unliquidated Contingent | | | 0.00 |
| 12 | Atty Gen Kansas 120 S.W. 10th Ave 2nd Fl. Topeka, KS, 66612-1597 | Kris Kobach | Civil Penalties | Disputed Unliquidated Contingent | | | 0.00 |
| 13 | Atty Gen Maine State House Station 6 Augusta, ME, 4333 | Aaron Frey | Civil Penalties | Disputed Unliquidated Contingent | | | 0.00 |
| 14 | Atty Gen Indiana Indiana Government Center South ? 5th Floor, 302 West Washington Street Indianapolis, IN, 46204 | Todd Rokita | Civil Penalties | Disputed Unliquidated Contingent | | | 0.00 |
| 15 | Atty Gen Hawaii 425 Queen Street Honolulu, HI, 96813 | Anne Lopez | Civil Penalties | Disputed Unliquidated Contingent | | | 0.00 |
| 16 | Atty Gen Georgia 40 Capitol Square, SW Atlanta, GA, 30334-1300 | Chris Carr | Civil Penalties | Disputed Unliquidated Contingent | | | 0.00 |
| 17 | Atty Gen District of Columbia 400 6th St., NW Washington, DC, 20001 | Brian Schwalb | Civil Penalties | Disputed Unliquidated Contingent | | | 0.00 |
| 18 | Atty Gen Delaware Carvel State Office Bldg. 820 N. French St. Wilmington, DE, 19801 | Kathy Jennings | Civil Penalties | Disputed Unliquidated Contingent | | | 0.00 |
| 19 | Atty Gen Connecticut 165 Capitol Avenue Hartford, CT, 6106 | William Tong | Civil Penalties | Disputed Unliquidated Contingent | | | 0.00 |
| 20 | Atty Gen Colorado Ralph L. Carr Colorado Judicial Center, 1300 Broadway 10th Floor Denver, CO, 80203 | Phil Weiser | Civil Penalties | Disputed Unliquidated Contingent | | | 0.00 |

**Fill in this information to identify the case:**

Debtor name    Jerico Pictures, Inc.

United States Bankruptcy Court for the:    Southern District of Florida

Case number (If known):    _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Flagstar, 102 Duffy Avenue, Hicksville, New York 118 | Checking | 2  1  0  8 | $ 33,105.00 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $ _____
   4.2. _____    $ _____

5. **Total of Part 1**    $ 33,105.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $ _____
   7.2. _____    $ _____

| Debtor | Jerico Pictures, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____   $_____

8.2. _____   $_____

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.   $_____

---

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:   _____ – _____ = ....... ➔   $_____
face amount          doubtful or uncollectible accounts

11b. Over 90 days old:   _____ – _____ = ....... ➔   $_____
face amount          doubtful or uncollectible accounts

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $_____

---

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:            % of ownership:

15.1. _____   _____%   _____   $_____

15.2. _____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $_____

16.2. _____   _____   $_____

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.   $_____

---

| Debtor | Jerico Pictures, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

| Debtor | Jerico Pictures, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　☐ No

　☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** See continuation sheet | $ 0.00 | _____ | $ 5,445.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 5,445.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Jerico Pictures, Inc.
_____    Case number (if known)_____
Name

| **Part 8:** | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | Jerico Pictures, Inc. | | Case number (if known) |
|--------|------------------------|---|------------------------|
| | Name | | |

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** See continuation sheet | 0.00 $_____ | _____ | 675.00 $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** See continuation sheet | 0.00 $_____ | _____ | 0.00 $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 675.00

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                page 6

Debtor    Jerico Pictures, Inc.
_____
Name

Case number (if known)_____

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➜    $_____
                                Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    Jerico Pictures, Inc.
_____
Name

Case number (if known)_____

---

| **Part 12:** | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 33,105.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 5,445.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 675.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............91a. | $ 39,225.00 | 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................39,225.00.................................... | | $ 39,225.00 |

Debtor 1    Jerico Pictures, Inc.                           Case number *(if known)*_____

          First Name       Middle Name       Last Name

## Continuation Sheet for Official Form 206 A/B

**41) Office equipment, including all computer equipment and communication systems equipment and software**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| HP Pavillion Desktop 590-poxxx | | owner | 200.00 |
| HP Pavillon Desktop TP01-2xxx | | owner | 200.00 |
| AOC Computer Monitor | | owner | 35.00 |
| Dell Monitor | | owner | 35.00 |
| External Harddrive | | owner | 50.00 |
| Misc Video Cameras (VX-1000, Sony Z5U, GoPros(qty 2), Sony DSR200a) | | owner | 1,000.00 |
| Misc Sound Equipment (Sennheiser ME 66/K3U, Sennhesider G3 lav) | | owner | 1,000.00 |
| Adobe Cold Fusion 2016 software | | owner | 100.00 |
| Sony Vegas 15 Pro Software | | owner | 100.00 |
| Final Draft Pro Software | | owner | 100.00 |
| Canon MX 870 Printer/Scanner | | Owner | 50.00 |
| Misc Computer Accessories and Cabling (Surge protector, extension, etc.) | | owner | 25.00 |
| Lenovo MT 81x8 BU Thinkpad Laptop | | owner | 100.00 |
| Misc Camera Accessories (Tripod, jibs, etc.) | | owner | 200.00 |
| Misc Video Lighting (Lowell kits, LS Photo Studio Kits, etc.) | | owner | 250.00 |

| Debtor 1 | Jerico Pictures, Inc. | | | Case number *(if known)*_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 206 A/B

| | | |
|---|---|---|
| Dell R710 2U Server/SQL 2019/Windows 2019 | owner | 400.00 |
| Dell R710 2U server / Windows 2019 | owner | 400.00 |
| Dell R710 2U Server / no current operating system | owner | 250.00 |
| Dell R630 1U Server / SQL 2019 / Windows 2019 / Cold Fusion 2016 | owner | 750.00 |
| Dell 2950 2U Server / No Operating System | owner | 100.00 |
| Dell 1950 1U Server / no drives / no Operating System | owner | 100.00 |

**61) Internet domain names and websites**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| peoplefinderdatabase.com | | Owner | 25.00 |
| recordscheck.net | | owner | 25.00 |
| jericopictures.com | | owner | 25.00 |
| nationalcriminaldata.com | | owner | 25.00 |
| nationalcriminaldata.net | | owner | 25.00 |
| jericopicturesentertainment.com | | owner | 25.00 |
| criminalscreen.com | | owner | 25.00 |
| everythingcountry.com | | owner | 25.00 |
| countrydaze.com | | owner | 25.00 |
| nationalpublicdata.net | | owner | 25.00 |
| nationalpublicdata.com | | owner | 25.00 |

Debtor 1    Jerico Pictures, Inc.

First Name        Middle Name        Last Name

Case number *(if known)*_____

### Continuation Sheet for Official Form 206 A/B

| | | |
|---|---|---|
| proscreenplus.com | owner | 25.00 |
| nationalpublicdata2.net | owner | 25.00 |
| nationalpublicdata3.net | owner | 25.00 |
| asseeninporn.com | owner | 25.00 |
| asseeninporn.net | owner | 25.00 |
| tartannak.com | owner | 25.00 |
| sexoffenderdata.net | owner | 25.00 |
| duiarrestleads.net | owner | 25.00 |
| duiarrests.net | owner | 25.00 |
| duiarestleads.com | owner | 25.00 |
| majestic12.org | owner | 25.00 |
| arrestsearch.net | owner | 25.00 |
| arrestsearch.com | owner | 25.00 |
| arrestdata.org | owner | 25.00 |
| arrestdata.net | owner | 25.00 |
| sexoffenderdatabase.net | owner | 25.00 |

**64) Other intangibles, or intellectual property**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Database-People Finder/Non-regulated | | | Unknown |
| Database-Bankruptcy Information | | | Unknown |
| Database-Campaign Data | | | Unknown |
| Database-Canadian Consumer Database | | | Unknown |
| Database-Demographics | | | Unknown |
| Database-FAA Airman/Airplanes | | | Unknown |

| Debtor 1 | Jerico Pictures, Inc. | | Case number (if known)_____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Continuation Sheet for Official Form 206 A/B

| | | |
|---|---|---|
| **Database—Physician Profiles** | | Unknown |
| **Database—Vital Records (4 states only — historical)** | | Unknown |
| **Database—People Finder/Regulated Data** | | Unknown |
| **Television Show—Country Daze (6 Episodes of 23 mins each)** | | Unknown |
| **Database—USA Consumer Database** | | Unknown |
| **Database—FI Concealed Weapons Permits** | | Unknown |
| **Database—DEA Licenses** | | Unknown |
| **Database—Medicare Sanctions** | | Unknown |
| **Database—Marriage/Divorce Data** | | Unknown |
| **Database—Merchant Vessels** | | Unknown |
| **Database—Geocode Data** | | Unknown |
| **Database—Sex Offender Database** | | Unknown |
| **Database—Social Security Death Index** | | Unknown |
| **Database—OFAC Watchlist** | | Unknown |
| **Database—Zip Code** | | Unknown |
| **Misc Customized Software Applications and Procedures** | **owner** | Unknown |
| **Misc Customized Screen Scraping for Data Collection** | | Unknown |
| **Application** | | **0.00** |

Debtor 1    Jerico Pictures, Inc.

First Name        Middle Name        Last Name

Case number *(if known)*_____

### Continuation Sheet for Official Form 206 A/B

architecture
supporting
delivery of
primary customer
facing products
(of now value to
anyone but the
debtor)

Database—Criminal                                          Unknown
Information (this
item is titled in
the name of the
debtor's owner and
utilized by the
organization
through a lease
arrangement)

**Fill in this information to identify the case:**

Debtor name _____Jerico Pictures, Inc._____

United States Bankruptcy Court for the: ___Southern District of Florida___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor,

_____

Describe debtor's property that is subject to a lien

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____     $_____

**2.2** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____     $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $_____

**Fill in this information to identify the case:**

Debtor     Jerico Pictures, Inc.

United States Bankruptcy Court for the:   Southern District of Florida

Case number
(if known)    _____

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred _____ | **Basis for the claim:** | | |
| Last 4 digits of account number _____ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred _____ | **Basis for the claim:** | | |
| Last 4 digits of account number _____ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred _____ | **Basis for the claim:** | | |
| Last 4 digits of account number _____ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |
|---|---|
|  | **Amount of claim** |

**3.1** **Nonpriority creditor's name and mailing address**
Atty Gen Alabama
501 Washington Ave
P.O. Box 300152
Montgomery, AL 36130-0152

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Atty Gen Alaska
1031 W. 4th Avenue
Suite 200
Anchorage, AK 99501-1994

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Atty Gen American Samoa
American Samoa Gov?t, Exec. Ofc. Bldg
Utulei
Pago Pago, AS 96799

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Atty Gen Arizona
2005 N Central Avenue,

Phoenix, AZ 85004

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Atty Gen Arkansas
323 Center St
Suite 200
Little Rock, AR 72201-2610

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Atty Gen California
1300 I St
Ste. 1740
Sacramento, CA 95814

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Jerico Pictures, Inc. | |
|---|---|---|
| | Name | |
| | | Case number (if known) _____ |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 7    **Nonpriority creditor's name and mailing address**

Atty Gen Colorado
Ralph L. Carr Colorado Judicial Center, 1300 Broadway
10th Floor
Denver, CO 80203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

**Is the claim subject to offset?**
☑ No
☐ Yes

**$** Unknown

Date or dates debt was incurred _____
Last 4 digits of account number   XXXX

---

**3.** 8    **Nonpriority creditor's name and mailing address**

Atty Gen Connecticut
165 Capitol Avenue

Hartford, CT 6106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

**Is the claim subject to offset?**
☑ No
☐ Yes

**$** Unknown

Date or dates debt was incurred _____
Last 4 digits of account number   XXXX

---

**3.** 9    **Nonpriority creditor's name and mailing address**

Atty Gen Delaware
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

**Is the claim subject to offset?**
☑ No
☐ Yes

**$** Unknown

Date or dates debt was incurred _____
Last 4 digits of account number   XXXX

---

**3.** 10    **Nonpriority creditor's name and mailing address**

Atty Gen District of Columbia
400 6th St., NW

Washington, DC 20001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

**Is the claim subject to offset?**
☑ No
☐ Yes

**$** Unknown

Date or dates debt was incurred _____
Last 4 digits of account number   XXXX

---

**3.** 11    **Nonpriority creditor's name and mailing address**

Atty Gen Florida
The Capitol, PL 01

Tallahassee, FL 32399-1050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

**Is the claim subject to offset?**
☑ No
☐ Yes

**$** Unknown

Date or dates debt was incurred _____
Last 4 digits of account number   XXXX

---

Debtor   Jerico Pictures, Inc.
_____
         Name

Case number (if known)_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.12**  Nonpriority creditor's name and mailing address

Atty Gen Georgia
40 Capitol Square, SW

Atlanta, GA 30334-1300

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number   XXXX

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.13**  Nonpriority creditor's name and mailing address

Atty Gen Guam
ITC Building, 590 S. Marine Corps Dr
Ste. 706
Tamuning, GU 96913

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number   XXXX

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14**  Nonpriority creditor's name and mailing address

Atty Gen Hawaii
425 Queen Street

Honolulu, HI 96813

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number   XXXX

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15**  Nonpriority creditor's name and mailing address

Atty Gen Idaho
700 W. Jefferson Street
Suite 210, P.O. Box 83720
Boise, ID 83720-1000

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number   XXXX

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16**  Nonpriority creditor's name and mailing address

Atty Gen Illinois
James R. Thompson Ctr. 100 W. Randolph St.

Chicago, IL 60601

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number   XXXX

Is the claim subject to offset?
☑ No
☐ Yes

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **17** **Nonpriority creditor's name and mailing address**

Atty Gen Indiana
Indiana Government Center South ? 5th Floor,
302 West Washington Street

Indianapolis, IN 46204

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Civil Penalties

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number  XXXX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** **18** **Nonpriority creditor's name and mailing address**

Atty Gen Iowa
Hoover State Office Bldg., 1305 E. Walnut

Des Moines, IA 50319

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number  XXXX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** **19** **Nonpriority creditor's name and mailing address**

Atty Gen Kansas
120 S.W. 10th Ave
2nd Fl.
Topeka, KS 66612-1597

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Civil Penalties

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number  XXXX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** **20** **Nonpriority creditor's name and mailing address**

Atty Gen Kentucky
700 Capital Avenue
Suite 118
Frankfort, KY 40601-3449

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Civil Penalties

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number  XXXX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** **21** **Nonpriority creditor's name and mailing address**

Atty Gen Louisiana
1885 North Third Street

Baton Rouge, LA 70802

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Civil Penalties

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number  XXXX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Jerico Pictures, Inc.**

Name

Case number *(if known)*_____

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 22    **Nonpriority creditor's name and mailing address**

Atty Gen Maine
State House Station 6

Augusta, ME 4333

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 23    **Nonpriority creditor's name and mailing address**

Atty Gen Maryland
200 St. Paul Place

Baltimore, MD 21202-2202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 24    **Nonpriority creditor's name and mailing address**

Atty Gen Massachusetts
1 Ashburton Place
20th Floor
Boston, MA 2108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 25    **Nonpriority creditor's name and mailing address**

Atty Gen Michigan
525 W. Ottawa St.
P.O. Box 30212
Lansing, MI 48909-0212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 26    **Nonpriority creditor's name and mailing address**

Atty Gen Minnesota€
75 Dr. Martin Luther King, Jr. Blvd.
Suite 102, State Capital
Saint Paul, MN 55155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Jerico Pictures, Inc. | |
|---|---|---|
| | Name | |
| | | Case number (*if known*)_____ |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.27  Nonpriority creditor's name and mailing address**

Atty Gen Mississippi
Department of Justice
P.O. Box 220
Jackson, MS 39205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28  Nonpriority creditor's name and mailing address**

Atty Gen Missouri
Supreme Ct. Bldg. 207 W. High St.

Jefferson City, MO 65101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29  Nonpriority creditor's name and mailing address**

Atty Gen Montana
Justice Bldg. 215 N. Sanders

Helena, MT 59620-1401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30  Nonpriority creditor's name and mailing address**

Atty Gen Nebraska
State Capitol
P.O.Box 98920
Lincoln, NE 68509-8920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31  Nonpriority creditor's name and mailing address**

Atty Gen Nevada
Old Supreme Ct. Bldg. 100 N. Carson St.

Carson City, NV 89701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Jerico Pictures, Inc.

Name

Case number (if known)_____

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 32   **Nonpriority creditor's name and mailing address**

Atty Gen New Hampshire
33 Capitol Street

Concord, NH 3301

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

---

**3.** 33   **Nonpriority creditor's name and mailing address**

Atty Gen New Jersey
Richard J. Hughes Justice Complex 25 Market
Street
P.O. Box 080
Trenton, NJ 8625

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

---

**3.** 34   **Nonpriority creditor's name and mailing address**

Atty Gen New Mexico
P.O. Drawer 1508

Santa Fe, NM 87504-1508

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

---

**3.** 35   **Nonpriority creditor's name and mailing address**

Atty Gen New York
Dept. of Law ? The Capitol
2nd fl.
Albany, NY 12224

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

---

**3.** 36   **Nonpriority creditor's name and mailing address**

Atty Gen Nominee U.S. Virgin Islands
3438 Kronprindsens Gade, GERS Building
2nd Floor
Saint Thomas, VI 802

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

---

Debtor    Jerico Pictures, Inc.
          Name

Case number (*if known*)_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

Atty Gen North Carolina
Dept. of Justice
P.O.Box 629
Raleigh, NC 27602-0629

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number    XXXX

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

Atty Gen North Dakota
State Capitol 600 E. Boulevard Ave

Bismarck, ND 58505-0040

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number    XXXX

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

Atty Gen Northern Mariana Islands
Administration Building
P.O. Box 10007
Saipan, MP 96950-8907

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number    XXXX

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

Atty Gen Ohio
State Office Tower, 30 E. Broad St.

Columbus, OH 43266-0410

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number    XXXX

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address

Atty Gen Oklahoma
313 NE 21st Street

Oklahoma City, OK 73105

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number    XXXX

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Jerico Pictures, Inc. | |
|---|---|---|
| | Name | |
| | | Case number *(if known)* |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** | **Nonpriority creditor's name and mailing address**

Atty Gen Oregon
Justice Bldg. 1162 Court St., NE

Salem, OR 97301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address**

Atty Gen Pennsylvania
Strawberry Square

Harrisburg, PA 17120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address**

Atty Gen Puerto Rico
PO Box 9020192

San Juan, PR 00902-0192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address**

Atty Gen Rhode Island
150 S. Main St.

Providence, RI 2903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address**

Atty Gen South Carolina
Rembert C. Dennis Office Bldg.
P.O.Box 11549
Columbia, SC 29211-1549

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.** 47   **Nonpriority creditor's name and mailing address**

Atty Gen South Carolina
293 Greystone Boulevard
Suite 400
Columbia, SC 29250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Civil Penalties

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.** 48   **Nonpriority creditor's name and mailing address**

Atty Gen South Dakota
1302 East Highway 14,
Suite 1
Pierre, SD 57501-8501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.** 49   **Nonpriority creditor's name and mailing address**

Atty Gen Tennessee
425 5th Avenue North

Nashville, TN 37243

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.** 50   **Nonpriority creditor's name and mailing address**

Atty Gen Texas
Capitol Station
P.O.Box 12548
Austin, TX 78711-2548

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.** 51   **Nonpriority creditor's name and mailing address**

Atty Gen Utah
State Capitol
Rm. 236
Salt Lake City, UT 84114-0810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

| Debtor | Jerico Pictures, Inc. | |
|---|---|---|
| | Name | |
| | | Case number *(if known)* |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52  Nonpriority creditor's name and mailing address**

Atty Gen Vermont
109 State St.

Montpelier, VT 05609-1001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.53  Nonpriority creditor's name and mailing address**

Atty Gen Virginia
202 North Ninth Street

Richmond, VA 23219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.54  Nonpriority creditor's name and mailing address**

Atty Gen Washington
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504-0100

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.55  Nonpriority creditor's name and mailing address**

Atty Gen Washington
800 Fifth Avenue
Suite 2000
Seattle, WA 98104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Civil Penalties

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 674968

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.56  Nonpriority creditor's name and mailing address**

Atty Gen West Virginia
State Capitol, 1900 Kanawha Blvd., E.

Charleston, WV 25305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** XXXX

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

Debtor    Jerico Pictures, Inc.
         Name
                                                    Case number *(if known)*

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 57    **Nonpriority creditor's name and mailing address**

Atty Gen Wisconsin
Wisconsin Department of Justice State Capitol
Room 114 East
P. O. Box 7857
P. O. Box 7857, WI 53707-7857

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ __Unknown__

Date or dates debt was incurred    _____

Last 4 digits of account number    __XXXX__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 58    **Nonpriority creditor's name and mailing address**

Atty Gen Wyoming
State Capitol Bldg.

Cheyenne, WY 82002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ __Unknown__

Date or dates debt was incurred    _____

Last 4 digits of account number    __XXXX__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 59    **Nonpriority creditor's name and mailing address**

Bradley / Grombacher LLP (o/b/o Charles J. Geletko)
31365 Oak Crest DRive
Suite 240
Westlake Village, CA 91361

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Civil Claims

$ __Unknown__

Date or dates debt was incurred    _____

Last 4 digits of account number    __XXXX__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 60    **Nonpriority creditor's name and mailing address**

Danile J. Rodriguez
531 NE 39 St. Apt. 202
Miami, FL 33133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Civil Claims

$ __Unknown__

Date or dates debt was incurred    _____

Last 4 digits of account number    __XXXX__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ___    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Jerico Pictures, Inc.
_____
Name

Case number (*if known*)_____

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  | Total of claim amounts |
|---|---|
| 5a. **Total claims from Part 1** | 5a. $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** $ 0.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ 0.00 |

**Fill in this information to identify the case:**

Debtor name _Jerico Pictures, Inc._

United States Bankruptcy Court for the: _Southern District of Florida_

Case number (If known): _____ Chapter _11_

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name _Jerico Pictures, Inc._

United States Bankruptcy Court for the: _Southern District of Florida_

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 See Attached Schedule H | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___Jerico Pictures, Inc.___

United States Bankruptcy Court for the: Southern District of Florida

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2024<br>MM / DD / YYYY | to Filing date | ☑ Operating a business<br>☐ Other | $ 431,044.00 |
   | **For prior year:** | From 01/01/2023<br>MM / DD / YYYY | to 12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 1,152,726.00 |
   | **For the year before that:** | From 01/01/2022<br>MM / DD / YYYY | to 12/31/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 746,088.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From ___<br>MM / DD / YYYY | to Filing date | _____ | $ _____ |
   | **For prior year:** | From ___<br>MM / DD / YYYY | to ___<br>MM / DD / YYYY | _____ | $ _____ |
   | **For the year before that:** | From ___<br>MM / DD / YYYY | to ___<br>MM / DD / YYYY | _____ | $ _____ |

Debtor    Jerico Pictures, Inc.
_____    Case number (if known)_____
           Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Salvatore Verini, Jr.<br>Insider's name<br>1801 NW 126th Way<br>Pompano Beach, FL 33071<br><br>**Relationship to debtor**<br>Owner | _____<br>_____<br>_____ | $ Unknown | Various payments made in the ordinary course of business. |
| 4.2. | _____<br>Insider's name<br><br><br>**Relationship to debtor** | _____<br>_____<br>_____ | $_____ | |

Debtor    Jerico Pictures, Inc.
_____    Case number (*if known*)_____
Name

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | YVETTE BURGEN, on behalf of herself and all others similarly situated v. Jerico Pictures, LLC<br><br>**Case number**<br><br>0:24-cv-61384-DSL | Class Action / Impact of a data breach | US Southern District of Florida<br><br>299 East Broward Boulevard #108<br>Fort Lauderdale, FL 33301 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Case title**<br>Cotton, et al v Jerico Pictures, Inc.<br><br>**Case number**<br><br>0:24-cv-61396-DSL | Class Action regarding breach of | **Court or agency's name and address**<br>US Southern District of Florida<br><br>299 East Broward Boulevard #108<br>Fort Lauderdale, FL 33301 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor      Jerico Pictures, Inc.
_____
            Name                                            Case number (if known)_____

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| Enterprise Wide Data Breach against Social Security Database | _____ | _____ | $1,000,000.00 |

---

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page **4**

Debtor    Jerico Pictures, Inc.
_____    Case number (if known)_____
          Name

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kelley Kronenberg | Debtor made cash retainer payment to Kelley Kronenberg. | 8/20/2024 | $ 25,000.00 |
| | **Address** | | | |
| | 10360 West State Road 84<br>Fort Lauderdale, FL 33324 | | | |
| | **Email or website address**<br>www.kelleykronenberg.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Kelley Kronenberg | The Debtor prepaid filing fee for a Chapter 11 Bankruptcy to the firm for us in filing the case. | 8/20/2024 | $ 1,738.00 |
| | **Address**<br>10360 West State Road 84<br>Fort Lauderdale, FL 33324 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

---

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **5**

Debtor    Jerico Pictures, Inc.
_____    Case number (if known)_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | 9642 NW 28TH Place<br>Pompano Beach, FL 33065 | From | 12/2001 | To | 06/2016 |
| 14.2. | | From | _____ | To | _____ |

Debtor    Jerico Pictures, Inc.
_____     Case number (if known)_____
          Name

| Part 8: | Health Care Bankruptcies |
|---------|---------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. SSN _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    Jerico Pictures, Inc.                                                      Case number *(if known)*_____
          Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

---

| Debtor | Jerico Pictures, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

---

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    Jerico Pictures, Inc.
_____    Case number *(if known)*_____
         Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |

---

Debtor    Jerico Pictures, Inc.
_____
Name

Case number (*if known*)_____

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Benham, Miller and Harris, Inc. <br> Name <br> 1301 N. Congress Avenue, Suite 210, Boynton Beach, FL 33426 | From 01/01/2021 <br> To 09/03/2024 |

| Name and address | Dates of service |
|---|---|
| 26a.2. Benham, Miller and Harris, Inc. <br> Name <br> 1301  N Congress Ave, Suite 210, Boynton Beach, FL 33426 | From _____ <br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Benham, Miller and Harris, Inc. <br> Name <br> 1301 N. Congress Avenue, Suite 210, Boynton Beach, FL 33426 | From _____ <br> To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. <br> Name | From _____ <br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. <br> Name | |

Debtor      Jerico Pictures, Inc.
_____          Case number (*if known*)_____
            Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.  _____
        Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.  _____
        Name

| Name and address |
|---|

26d.2.  _____
        Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____
       Name

Debtor    Jerico Pictures, Inc.
_____    Case number (if known)_____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| Name and address of the person who has possession of inventory records | | |

27.2.  _____
        Name

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Salvatore Verini, Jr. | 1801 NW 126th Way, Pompano Beach, FL 33071 | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?
☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  _____ Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | | |
| _____ | | _____ | |

Debtor    Jerico Pictures, Inc.
Name

Case number (*if known*)_____

---

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | | _____ | _____ |
| | Name | | _____ |
| | | | _____ |
| | | | _____ |
| | Relationship to debtor | | _____ |
| | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/02/2024
MM  / DD  / YYYY

✘ /s/ Salvatore Verini, Jr.                                    Printed name    Salvatore Verini, Jr.
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

---

Debtor Name    Jerico Pictures, Inc.
_____    Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**7) Legal Actions**

**Christopher Hofman v Jerico Pictures, LLC**

**0:24-cv-61383-DSL**

**Class Action Suit**

**US Southern District of Florida**

**299 East Broward Boulevard #108, Fort Lauderdale, FL 33301**

**Pending**

**-------**

**James Thomas Jones v Jerico Pictures, LLC**

**0:24-cv-61412-DSL**

**Class Action Suit for data breach**

**US Southern District of Florida**

**299 East Broward Boulevard #108, Fort Lauderdale, FL 33301**

**Pending**

**-------**

**Lowanda Wilcox v. Jerico Pictures, LLC**

**0:24-cv-61418-DSL**

**Class action related to a data breach**

**US Southern District of Florida**

**299 East Broward Boulevard #108, Fort Lauderdale, FL 33301**

**Pending**

**-------**

**Suhr v. Jerico Pictures, Inc.**

**0:24-cv-61492-DSL**

**Class Action**

**US Southern District of Florida**

**299 East Broward Boulevard #108, Fort Lauderdale, FL 33301**

**Pending**

**-------**

**Perry v. Jerico Pictures, Inc.**

Debtor Name     Jerico Pictures, Inc.

Case number (*if known*)_____

### Continuation Sheet for Official Form 207

**0:24-cv-61499-DSL**

**Class Action related to data breach**

**US Southern District of Florida**

**299 East Broward Boulevard #108, Fort Lauderdale, FL 33301**

**Pending**

**———————**

**DUMAS v. JERICO PICTURES, INC.**

**0:24-cv-61502-DSL**

**Class Action related to data breach**

**US Southern District of Florida**

**299 East Broward Boulevard #108, Fort Lauderdale, FL 33301**

**Pending**

**———————**

**Burroughs v. Jerico Pictures, Inc.**

**0:24-cv-61517-DSL**

**Class Action related to data breach**

**US Southern District of Florida**

**299 East Broward Boulevard #108, Fort Lauderdale, FL 33301**

**Pending**

**———————**

**SMITH v. JERICO PICTURES, INC**

**0:24-cv-61525-DSL**

**Class Action Related to data breach**

**US Southern District of Florida**

**299 East Broward Boulevard #108, Fort Lauderdale, FL 33301**

**Pending**

**———————**

**Wyche v. Jerico Pictures, Inc.**

**0:24-cv-61534-DSL**

**Class Action related to data breach**

Debtor Name  Jerico Pictures, Inc.
_____

Case number (*if known*)_____

## Continuation Sheet for Official Form 207

US Southern District of Florida

299 East Broward Boulevard #108, Fort Lauderdale, FL 33301

Pending

-------

Duncan et al v. Jerico Pictures, Inc

0:24-cv-61609-RS

Class Action related to a data breach

US Southern District of Florida

299 East Broward Boulevard #108, Fort Lauderdale, FL 33301

Pending

-------

Lindley v. JERICO PICTURES, INC.

0:24-cv-61622-DSL

Class Action related to data breach

US Southern District of Florida

299 East Broward Boulevard #108, Fort Lauderdale, FL 33301

Pending

-------

Nieves v. Jerico Pictures, Inc. d/b/a National Public Data

0:24-cv-61638-DSL

Class Action related to data breach

US Southern District of Florida

299 East Broward Boulevard #108, Fort Lauderdale, FL 33301

Pending

-------

Underwood et al v. Jerico Pictures, Inc.

0:24-cv-61717-DSL

Class Action related to data breach

US Southern District of Florida

400 North Miami Avenue / Room 8N09, Miami, FL 33128

Debtor Name ___Jerico Pictures, Inc._____     Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**Pending**

**-------**

**Charles J. Geletko v. Jerico Pictures, Inc.**

**2:24-cv-08003-JLS-JC**

**Class Action related to data breach**

**California Central District Court**

**411 West 4th Street, Room 1053, Santa Ana, CA 92701**

**Pending**

**-------**

**Sifuentes v. National Public Data**

**1:24-cv-00905-RJJ-PJG**

**Class Action related to a data breach**

**US District Court Western District of Michigan**

**399 Federal Building, 110 Michigan NW, Grand Rapids, MI 49503**

**Pending**

**-------**

**NINA JENKINS and LINDA MCMILION v. Jerico Pictures LLC**

**3:24-cv-00388-MCR-HTC**

**Class Action related to data breach**

**Northern District of Florida**

**1 N Palafox Street, Pensacola, FL 32502**

**Pending**

**-------**

**Sarah Schmalz vs. Jerico Pictures Inc.**

**CACE24012149**

**Liability associated with Data Breach and exposure of Information**

**Seventeenth Judicial Circuit of and for Broward County, Florida**

**201 SE 6th STreet, Fort Lauderdale, FL 33301**

**Pending**

**-------**

Debtor Name    Jerico Pictures, Inc.

Case number *(if known)*

## Continuation Sheet for Official Form 207

**Statement of Financial Affairs for Non-Individuals**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
<tr><td>Debtor Name</td><td>Jerico Pictures, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Florida</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/02/2024                    ✖ /s/ Salvatore Verini, Jr.
　　　　　　　MM / DD / YYYY                     Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　　　　　　Salvatore Verini, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　　　　　　President
　　　　　　　　　　　　　　　　　　　　　　　　Position or relationship to debtor

United States Bankruptcy Court

Southern District of Florida

In re:  Jerico Pictures, Inc.

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____10/02/2024_____

/s/ Salvatore Verini, Jr.
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor

Adam Charles Linkhorst / Linkhorst & Hockin,
4495 Military Trail
Suite 106
Jupiter, FL 33458


Antonio Arzola, Jr. / Morgan and Morgan Compl
201 N. Franklin Street
7th Floor
Tampa, FL 33602


Atty Gen Alabama
501 Washington Ave
P.O. Box 300152
Montgomery, AL 36130-0152


Atty Gen Alaska
1031 W. 4th Avenue
Suite 200
Anchorage, AK 99501-1994


Atty Gen American Samoa
American Samoa Gov?t, Exec. Ofc. Bldg
Utulei
Pago Pago, AS 96799


Atty Gen Arizona
2005 N Central Avenue,
Phoenix, AZ 85004


Atty Gen Arkansas
323 Center St
Suite 200
Little Rock, AR 72201-2610


Atty Gen California
1300 I St
Ste. 1740
Sacramento, CA 95814


Atty Gen Colorado
Ralph L. Carr Colorado Judicial Center,
10th Floor
Denver, CO 80203


Atty Gen Connecticut
165 Capitol Avenue
Hartford, CT 6106


Atty Gen Delaware
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE 19801

**Atty Gen District of Columbia**
**400 6th St., NW**
**Washington, DC 20001**


**Atty Gen Florida**
**The Capitol, PL 01**
**Tallahassee, FL 32399-1050**


**Atty Gen Georgia**
**40 Capitol Square, SW**
**Atlanta, GA 30334-1300**


**Atty Gen Guam**
**ITC Building, 590 S. Marine Corps Dr**
**Ste. 706**
**Tamuning, GU 96913**


**Atty Gen Hawaii**
**425 Queen Street**
**Honolulu, HI 96813**


**Atty Gen Idaho**
**700 W. Jefferson Street**
**Suite 210, P.O. Box 83720**
**Boise, ID 83720-1000**


**Atty Gen Illinois**
**James R. Thompson Ctr. 100 W. Randolph S**
**Chicago, IL 60601**


**Atty Gen Indiana**
**Indiana Government Center South - 5th Fl**
**Indianapolis, IN 46204**


**Atty Gen Iowa**
**Hoover State Office Bldg., 1305 E. Walnu**
**Des Moines, IA 50319**


**Atty Gen Kansas**
**120 S.W. 10th Ave**
**2nd Fl.**
**Topeka, KS 66612-1597**


**Atty Gen Kentucky**
**700 Capital Avenue**
**Suite 118**
**Frankfort, KY 40601-3449**


**Atty Gen Louisiana**
**1885 North Third Street**
**Baton Rouge, LA 70802**

**Atty Gen Maine**
**State House Station 6**
**Augusta, ME 4333**


**Atty Gen Maryland**
**200 St. Paul Place**
**Baltimore, MD 21202-2202**


**Atty Gen Massachusetts**
**1 Ashburton Place**
**20th Floor**
**Boston, MA 2108**


**Atty Gen Michigan**
**525 W. Ottawa St.**
**P.O. Box 30212**
**Lansing, MI 48909-0212**


**Atty Gen Minnesota€**
**75 Dr. Martin Luther King, Jr. Blvd.**
**Suite 102, State Capital**
**Saint Paul, MN 55155**


**Atty Gen Mississippi**
**Department of Justice**
**P.O. Box 220**
**Jackson, MS 39205**


**Atty Gen Missouri**
**Supreme Ct. Bldg. 207 W. High St.**
**Jefferson City, MO 65101**


**Atty Gen Montana**
**Justice Bldg. 215 N. Sanders**
**Helena, MT 59620-1401**


**Atty Gen Nebraska**
**State Capitol**
**P.O.Box 98920**
**Lincoln, NE 68509-8920**


**Atty Gen Nevada**
**Old Supreme Ct. Bldg. 100 N. Carson St.**
**Carson City, NV 89701**


**Atty Gen New Hampshire**
**33 Capitol Street**
**Concord, NH 3301**


**Atty Gen New Jersey**
**Richard J. Hughes Justice Complex 25 Mar**
**P.O. Box 080**
**Trenton, NJ 8625**

Atty Gen New Mexico
P.O. Drawer 1508
Santa Fe, NM 87504-1508


Atty Gen New York
Dept. of Law - The Capitol
2nd fl.
Albany, NY 12224


Atty Gen Nominee U.S. Virgin Islands
3438 Kronprindsens Gade, GERS Building
2nd Floor
Saint Thomas, VI 802


Atty Gen North Carolina
Dept. of Justice
P.O.Box 629
Raleigh, NC 27602-0629


Atty Gen North Dakota
State Capitol 600 E. Boulevard Ave
Bismarck, ND 58505-0040


Atty Gen Northern Mariana Islands
Administration Building
P.O. Box 10007
Saipan, MP 96950-8907


Atty Gen Ohio
State Office Tower, 30 E. Broad St.
Columbus, OH 43266-0410


Atty Gen Oklahoma
313 NE 21st Street
Oklahoma City, OK 73105


Atty Gen Oregon
Justice Bldg. 1162 Court St., NE
Salem, OR 97301


Atty Gen Pennsylvania
Strawberry Square
Harrisburg, PA 17120


Atty Gen Puerto Rico
PO Box 9020192
San Juan, PR 00902-0192


Atty Gen Rhode Island
150 S. Main St.
Providence, RI 2903

**Atty Gen South Carolina**
**Rembert C. Dennis Office Bldg.**
**P.O.Box 11549**
**Columbia, SC 29211-1549**


**Atty Gen South Carolina**
**293 Greystone Boulevard**
**Suite 400**
**Columbia, SC 29250**


**Atty Gen South Dakota**
**1302 East Highway 14,**
**Suite 1**
**Pierre, SD 57501-8501**


**Atty Gen Tennessee**
**425 5th Avenue North**
**Nashville, TN 37243**


**Atty Gen Texas**
**Capitol Station**
**P.O.Box 12548**
**Austin, TX 78711-2548**


**Atty Gen Utah**
**State Capitol**
**Rm. 236**
**Salt Lake City, UT 84114-0810**


**Atty Gen Vermont**
**109 State St.**
**Montpelier, VT 05609-1001**


**Atty Gen Virginia**
**202 North Ninth Street**
**Richmond, VA 23219**


**Atty Gen Washington**
**1125 Washington St. SE**
**P.O. Box 40100**
**Olympia, WA 98504-0100**


**Atty Gen Washington**
**800 Fifth Avenue**
**Suite 2000**
**Seattle, WA 98104**


**Atty Gen West Virginia**
**State Capitol, 1900 Kanawha Blvd., E.**
**Charleston, WV 25305**

**Atty Gen Wisconsin**
**Wisconsin Department of Justice State Ca**
**P. O. Box 7857**
**P. O. Box 7857, WI 53707-7857**


**Atty Gen Wyoming**
**State Capitol Bldg.**
**Cheyenne, WY 82002**


**Aylstock Witkin Kreis & Overholtz**
**17 E Main Street**
**Suite 200**
**Pensacola, FL 32502**


**Bradley / Grombacher LLP (o/b/o Charles J. Ge**
**31365 Oak Crest DRive**
**Suite 240**
**Westlake Village, CA 91361**


**Bradley Grombacher LLP**
**31365 Oak Creek Drive**
**Suite 240**
**Westlake Village, CA 91361**


**Bryan Aylstock / Aylstock Witkin Kreis & Over**
**803 N Palafox Street**
**Pensacola, FL 32501**


**Clayeo C. Arnold, PC**
**865 Howe Avenue**
**Sacramento, CA 95825**


**Colson Hicks Eidson, PA**
**255 Alhambra Circle, PH**
**Miami, FL 33134**


**Danile J. Rodriguez**
**531 NE 39 St. Apt. 202**
**Miami, FL 33133**


**David Angel Sifuentes, III**
**439 More St. NE**
**Unit 2**
**Grand Rapids, MI 49503**


**Isabel DeMarco / Markovits, Stock & DeMarco,**
**119 E. Court Street, Suite 530**
**Cincinnati, OH 45202**


**Jeffrey Miles Ostrow / Kopelowitz Ostrow PA**
**1 W. Las Olas Blvd**
**Suite 500**
**Fort Lauderdale, FL 33301**

**Jeffrey Ostrow / Kopelowitz Ostrow PA**
**1 W. Las Olas Blvd**
**Suite 500**
**Fort Lauderdale, FL 33301**


**Manuel S Hiraldo**
**401 E Las Olas Blvd**
**Suite 1400**
**Fort Lauderdale, FL 33301**


**Milberg Coleman Bryson Phillips Grossman, PLL**
**201 Sevilla Avenue, 2nd Floor**
**Miami, FL 33134**


**Nathan Zipperian / Miller Shah LLP**
**2103 N Commerce Parkway**
**Weston, FL 33326**


**Patrick T. Egan Berman Tabacco**
**One Liberty Square**
**Boston, MA 02109**


**Peter Prieto/Podhurst Orseck, PA**
**1 SE 3rd Avenue**
**Suite 2300**
**Miami, FL 33131**


**Robbins Geller Rudman & Dowd LLP**
**225 NE Mizner Boulevard**
**Suite 720**
**Boca Raton, FL 33432**


**Scott Edelsberg / Edelsberg Law PA**
**20900 NE 30th Ave**
**Suite 417**
**Miami, FL 33180**


**See Attached Schedule H**


**Spiro Harrison and Nelson**
**1111 Lincoln Road**
**Suite 500**
**Miami Beach, FL 33139**

# United States Bankruptcy Court

Southern District of Florida

**In re** Jerico Pictures, Inc.

Case No. _____

**Debtor**

Chapter ___11___

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_25,000.00_____

The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $_0.00_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. Negotiations with contingent creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

e. Response within the Bankruptcy Case to the efforts of Creditors.

f.  Coordination with the Chapter V Trustee.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings or response from class action plaintiffs.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/02/2024

*Date*

/s/ Angelo Gasparri, 32158

*Signature of Attorney*

Kelley Kronenberg

*Name of law firm*
10360 West State Road 84
Fort Lauderdale, FL 33324

**United States Bankruptcy Court**

**IN RE:**                                                                 Case No._____

Jerico Pictures, Inc.

_____ Chapter _____

11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |