# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

West Palm Beach Division

www.flsb.uscourts.gov

In re:                                                    Case No. _____
                                                          Chapter 11

JERICO PICTURES, INC.
d/b/a/ NATIONAL PUBLIC DATA

_____ Debtor _____/

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **JERICO PICTURES, INC**. in the above captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

There are not entities to report per FRBP 7007.1.

No portion of the Debtor is not owned by any corporation.

Salvatore Verini, Jr., as an individual holds 100% of all Corporate Shares/Ownership.

Dated: October 2, 2024.                Respectfully submitted:

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this October 2, 2024, a true copy of the foregoing has been served electronically through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case and/or regular mail where available to all appearances and interested parties on the attached service list.

                                          */s/ Angelo A. Gasparri*
                                          Angelo A. Gasparri