## Jerico Pictures, Inc.
Income Statements
For the the period ended

| | 12 Months Ended 12/31/2021 | 12 Months Ended 12/31/2022 | 12 Months Ended 12/31/2023 | 7 Months Ended 7/31/2024 |
|---|---|---|---|---|
| **Revenue** | | | | |
| Sales | $822,100.00 | $746,088.00 | $1,152,726.00 | $431,044.00 |
| Less Refunds | -$16,451.00 | $0.00 | $0.00 | $0.00 |
| Total Sales | $805,649.00 | $746,088.00 | $1,152,726.00 | $431,044.00 |
| | | | | |
| **Cost iof Goods Sold** | | | | |
| Consultant | $18,900.00 | $3,500.00 | | |
| Data Purchases | $160,738.00 | $74,843.00 | $117,625.00 | $26,131.00 |
| Photographer | $1,500.00 | $0.00 | | |
| Commissions | $0.00 | $16,562.00 | | |
| Contracted Services | $7,725.00 | $0.00 | $21,010.00 | $18,358.00 |
| Software | $1,590.00 | $3,496.00 | $29,228.00 | |
| Web Hosting | $6,996.00 | $0.00 | $9,382.00 | $0.00 |
| Total Cost of Goods | $197,449.00 | $98,401.00 | $177,245.00 | $44,489.00 |
| **Gross Profit** | $798,653.00 | $647,687.00 | $975,481.00 | $431,044.00 |
| | | | | |
| **Expeneses** | | | | |
| Officer Compensation | $65,000.00 | $65,000.00 | $65,000.00 | $38,000.00 |
| Rent | $12,000.00 | $12,000.00 | $14,119.00 | $7,000.00 |
| Vehicle | $0.00 | $1,915.00 | | $840.00 |
| Computer Supplies | $696.00 | $24,680.00 | $624.00 | $13,928.00 |
| Merchant Fees | $84,509.00 | $24,312.00 | $20,287.00 | |
| Dues | $125.00 | $0.00 | | |
| Insurance | | $1,210.00 | $1,327.00 | $1,431.00 |
| Janitorial | $550.00 | $0.00 | | |
| Professional Fees | $28,611.00 | $20,348.00 | $5,599.00 | $23,445.00 |
| Meals (50% per IRS) | | $3,478.00 | | $2,746.00 |
| Office Expenses | | $14,335.00 | | $10,466.00 |
| Security | $460.00 | $460.00 | $460.00 | |
| Travel | | $1,508.00 | | |
| Telephone | $2,361.00 | $2,915.00 | $2,916.00 | $671.00 |
| Total Expenses | $194,312.00 | $172,161.00 | $110,332.00 | $98,527.00 |
| | | | | |
| Net Profit | $604,341.00 | $475,526.00 | $865,149.00 | $332,517.00 |

**Unaudited**

## Jerico Pictures, Inc.
### Balance Sheets

|  | 12/31/2021 | 12/31/2022 | 12/31/2023 | 7/31/2024 |
|---|---:|---:|---:|---:|
| **Assets** | | | | |
| Cash in Bank | $544.00 | $1,063.00 | $563.00 | $59,102.00 |
| Loans Receivable | $4,150.00 | $12,000.00 | $12,000.00 | $12,000.00 |
| **Total Assets** | $4,694.00 | $13,063.00 | $12,563.00 | $71,102.00 |
| | | | | |
| **Liabilities and Shareholder Equity** | | | | |
| **Liabilities** | | | | |
| Creidt Cards Payable | $0.00 | $12,678.00 | $11,529.00 | $1,980.00 |
| **Total Liabilities** | $0.00 | $12,678.00 | $11,529.00 | $1,980.00 |
| **Shareholder Equity** | | | | |
| Capital Stock | $100.00 | $100.00 | $100.00 | $100.00 |
| Additonal Paid in Capital | $285.00 | $285.00 | $285.00 | $285.00 |
| Retained Earnings | $4,309.00 | $0.00 | $649.00 | $68,737.00 |
| **Total Equity** | $4,694.00 | $385.00 | $1,034.00 | $69,122.00 |
| **Total Liabilities and Equity** | $4,694.00 | $13,063.00 | $12,563.00 | $71,102.00 |

**Unaudited**