**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                        Case No.   24-20281-SMG
                                                              Chapter 11

JERICO PICTURES, INC.
d/b/a NATIONAL PUBLIC DATA

_____ Debtor ___ /

**DEBTOR'S NOTICE OF FILING PAYROLL AND SALES TAX REPORTS**

<u>JERICO PICTURES, INC.</u>, Debtor-in-Possession, ("Debtor") pursuant to Local Rule 2081-1(A), having filed its Chapter 11 Petition on <u>OCTOBER 2, 2024</u>, (the "Filing Date") files its Payroll and Sales Tax Reports as follows:

## *PAYROLL TAXES:*

I.  No payroll tax reports are due. The Debtor is small           _____
    business with no employees.

## *SALES TAXES:*

I.  No Sales Tax Reports are due. The Debtor's revenue is
    Exempt from Florida Sales Tax.                                _____

As the Debtor does not file Payroll Tax Reports or Sales Tax Returns, no reports are provided.

I, <u>  SALVATORE  VERINI                              </u>, president of declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information and belief.

Date <u>10/10/2024</u>                    By <u>  /s/ Salvatore Verini          </u>

                                              <u>       Salvatore Verini                </u>
                                              print name of individual signing

A certificate of service complying with Local Rules 2002-1(F) and 2081-1(A)(3) reflecting service on the U.S. Trustee, the Internal Revenue Service, the Florida Department of Revenue and any other taxing authority named in the report must accompany the filing of this document.