**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                      Case No.:24-20281-SMG
                                                                                   Chapter 11/Subchapter V

Jerico Pictures, Inc.,

       Debtor.
_____/

## AGREED APPLICATION FOR PAYMENT OF POST PETITION RETAINER TO SUBCHAPTER V TRUSTEE

Subchapter V Trustee Aleida Martinez-Molina ("SubV Trustee" or "Applicant"), pursuant to 11 U.S.C. §327(a), and by agreement with the Debtors, submits this *Application for Payment of Post Petition Retainer to Chapter V Trustee* to request authorization for debtor Jerico Pictures, Inc., ("Debtor" or "Debtor in Possession") to make monthly payments toward professional fees of the Applicant. In support, the Applicant states as follows:

1. On October 2, 2024, the Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code [DE 1].

2. Applicant was appointed Subchapter V Trustee on October 4, 2024 [DE 10].

3. Debtor's filings reflect representation by Angelo Gasparri and the firm Kelly Kronenberg, as well as the receipt by counsel of a pre-petition retainer [DE 6].

4. The Debtor agrees to pay a monthly post-petition retainer to the Sub Chapter V Trustee ALEIDA MARTINEZ-MOLINA in the amount of $1,000.00, commencing with respect to October 2024 and payable on or before October

1

15, 2024, toward future fees to lessen any budgeting uncertainty and eventual funding burden at the time of a confirmation. Said funds will be payable to and kept by Martinez-Molina, P.A. IOTA trust account until appropriate fee applications are filed and fees and costs are approved by this Court.

5. A proposed Order, approved as to form by the Debtor as well as the Office of the US Trustee, is attached hereto as Exhibit "A."

**WHEREFORE**, the SubV Trustee, with agreement of the Debtor, respectfully requests that this Court enter an order, substantially in the form of the attached Exhibit "A," authorizing the Debtor to make a post-petition monthly retainer of $1,000.00 toward future fees of the Sub Chapter V Trustee ALEIDA MARTINEZ-MOLINA, to be maintained at the Martinez Molina, P.A. IOTA trust account until appropriate fee applications are filed and fees and costs are approved by this Court and for other such relief as this Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties registered to receive information via CM/ECF on this 10th day of October, 2024.

Subchapter V Trustee

/s/Aleida Martinez-Molina
Aleida Martinez Molina, Esq.
P.O. Box 145265
Coral Gables, FL 3114-5265
Telephone: (305) 610.0484
Florida Bar No. 869376

*P R O P O S E D   O R D E R*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

                Case No.:24-20281-SMG
                Chapter 11/Subchapter V

Jerico Pictures, Inc.,

_____/

**ORDER GRANTING AGREED APPLICATION FOR PAYMENT OF POST-PETITION RETAINER TO SUBCHAPTER V TRUSTEE**

  **THIS MATTER** came before the Court upon the Subchapter V Trustee, Aleida Martinez-Molina's ("SubV Trustee" or "Applicant") *Agreed Application for Payment of Post-Petition Retainer to SubChapter V Trustee* [DE __] (the "Application") and the Court, having reviewed the Application, noting the agreement between the SubV and Debtor, and based on the record, it is

  **ORDERED** that:

  1. The Application is **APPROVED as follows:**

3

2. The Court approves and authorizes the agreement of the Debtor and Subchapter V set forth in the Application to pay the sum of $1,000.00 per month, including with respect to October 2024 by October 15, 2024 and every 15th of the month thereafter to: Aleida Martinez-Molina, Trustee, to be deposited in the MARTINEZ MOLINA, P.A. IOTA ACCOUNT, for the pendency of the case, as a post-petition retainer toward future fees. These funds shall be maintained in the MARTINEZ MOLINA, P.A. IOTA ACCOUNT and shall only be withdrawn upon appropriate fee applications filed and approved by this Court.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

**Submitted by**:
Aleida Martinez Molina, Esq.
P.O. Box 145262
Telephone: (305) 297-1878
martinez@subv-trustee.com

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F)