**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| IN RE: JERICO PICTURES, INC. ) | |
| D/B/A NATIONAL PUBLIC DATA ) | CASE NO. 24-20281-SMG |
| ) | |
| ) | |
| ) | |

PLEASE TAKE NOTICE that John A. Yanchunis, Esq., of Morgan & Morgan Complex Litigation Group, hereby enters his appearance as counsel for Claimants Barry Cotton, Gary Lake, individually and on behalf of all others similarly situated, and requests that copies of all pleadings, orders and other papers be served on the undersigned at the address noted below and/or via the e-filing system.

Date: October 25, 2024         Respectfully Submitted,

/s/ John A. Yanchunis
John A. Yanchunis
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
jaynchunis@forthepeople.com

*Attorneys for Plaintiff and the Proposed Class*

1

## **CERTIFICATE OF SERVICE**

I, John A. Yanchunis, hereby certify that on this 25th day of October, 2024, I served a copy of the foregoing *Notice of Appearance* via ECF, on all counsel of record.

By: /s/ John A. Yanchunis