

**ORDERED in the Southern District of Florida on October 31, 2024.**

**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| JERICO PICTURES, INC., | : | CASE NO. 24-20281-BKC -SMG |
| d/b/a NATIONAL PUBLIC DATA, | : | |
| | : | |
| DEBTOR. | : | |

_____

**ORDER GRANTING UNITED STATES TRUSTEE'S
EMERENCY MOTION TO DISMISS CASE AND REQUEST FOR EXPEDITED
HEARING (DE 24)**

THIS MATTER came before the Court on Wednesday, October 30, 2024, at 2:00 p.m., for a hearing (the "Hearing") on the United States Trustee's *Emergency Motion to Dismiss Case and Request for Expedited Hearing* (DE 24) (the "Motion"). The Debtor filed its Debtor's Response to Trustee's Motion to Dismiss and in the Alternative Motion for an Order of Conversion to Chapter 7 (ECF No. 29).

The Court, having reviewed the pleadings docketed in this case and hearing the arguments of those present at the October 30, 2024, hearing, including counsel for the Debtor,

counsel for the United States Trustee, counsel for the Federal Trade Commission, and Aleida Martinez-Molina, the Subchapter V Trustee (the "Subchapter V Trustee"), and for the reasons stated on the record at the October 30, 2024, hearing, determines that pursuant to 11 U.S.C. §1112(b), dismissal of this case is appropriate.

**IT IS THEREFORE ORDERED:**

1. The Motion (DE 24) is **GRANTED**.

2. This Chapter 11 case is hereby **DISMISSED**.

3. The Subchapter V Trustee shall file a statement of her fees, and the Debtor shall pay the Subchapter V Trustee's fees in an amount not to exceed $5,000.00 without the need for the Subchapter V Trustee to file a fee application with the Court.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

*(The United States Trustee is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F))*

Prepared by:

MARY IDA TOWNSON
UNITED STATES TRUSTEE REGION 21
Martin P. Ochs
Georgia Bar No. 091608, New York Bar No. MO-1203
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4509
martin.p.ochs@usdoj.gov