

**ORDERED in the Southern District of Florida on November 5, 2024.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Jerico Pictures, Inc.,　　　　　　　　　　　Case No. 24-20281-SMG

　　Debtor.　　　　　　　　　　　　　　　Chapter 11

_____/

### ORDER DENYING MOTION TO
### APPROVE SETTLEMENT AGREEMENT AS MOOT

This matter came before the Court without a hearing on Michael Dommer's pro se *Motion to Approve Settlement Agreement*.[1] On October 31, 2024, however, the Court entered an order dismissing this bankruptcy case.[2] As a result, Mr. Dommer's motion is moot. Accordingly, it is **ORDERED** that the motion is **DENIED as MOOT**.

# # #

---

[1] ECF No. 33.
[2] ECF No. 31.

Copies furnished to:

Michael Dommer
3116 Ravenswood Ter NW
Cedar Rapids, IA 52405

Jerico Pictures, Inc.
1801 NW 126 Way
Pompano Beach, FL 33071

Aleida Martinez-Molina, Esq.

AUST