UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF LORIDA
FORT LAUDERDALE DIVISION

In re:                                                                       Case No.  24-20281-SMG

    JERICO PICTURES, INC.,

        Debtor.

_____/

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Aleida Martinez-Molina*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. The case was dismissed on October 31, 2024 with no plan confirmed and no plan payments made to the trustee.  Pursuant to 11 U.S.C. § 330(a), on October 31, 2024, the Court ordered compensation of a total of $2,000.00 awarded to the trustee.  The award was paid by the Debtor. I hereby certify that the estate of the above-named debtor has been fully administered through the date of dismissal.  I request that I be discharged from any further duties as trustee.


Date: May 11, 2025                                            By:/s/ *Aleida Martinez Molina*
                                                                                        Aleida Martinez-Molina, Trustee


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.


**UST Form 101-11(V)-NDR B**